UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALONZO J. FOSTER,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA DEPARTMENT OF VETERANS AFFAIRS; BROTMAN MEDICAL CENTER; SPENCER L. BROWN, M.D., AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>          Defendants. | CASE NO. CV-12-10750 DMG (VBKx)<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [44] |

Based on the Stipulation re Dismissal of Entire Action With Prejudice filed on April 24, 2014, and good cause appearing, the above-entitled action is hereby *dismissed with prejudice* in its entirety, with the parties to bear their own attorney's fees and costs incurred herein.

IT IS SO ORDERED.

DATED: April 24, 2014

                                            DOLLY M. GEE
                                            United States District Judge